# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| EMMETT L WILLIAMS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 4:19-CV-077 (LAG) |
| CLAY D LAND, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Before the Court is Plaintiff's Complaint (Doc. 1). Plaintiff filed his Complaint on May 14, 2019. (*Id.*) The Clerk of Court issued Summons the same day. (Doc. 2.) The deadline for perfecting service on Defendant was Monday, August 12, 2019. To date there is no indication that service has been made on any Defendant. (*See generally* Docket.) If a defendant is not served within ninety (90) days of the filing of a complaint, courts "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Accordingly, Plaintiff is **HEREBY ORDERED** to make service on Defendants within **seven (7) days** from the date of this Order. Failure to make service within that time will result in a **dismissal without prejudice without further notice**.

**SO ORDERED**, this 13th day of August, 2019.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**