# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

EMMETT L. WILLIAMS, :
:
    Plaintiff, :
:
v. : CASE NO.: 4:19-CV-077 (LAG)
:
CLAY D LAND, *et al.*, :
:
    Defendants. :
:

## ORDER

On August 13, 2019, the Court issued an Order directing Plaintiff to make service on Defendants within seven days. (Doc. 51.) The deadline for Plaintiff to make service was August 20, 2019. (*Id.*) In its August 13, 2019 Order, the Court stated: "Failure to make service within that time will result in a **dismissal without prejudice without further notice**." (*Id.*) On August 16, 2019, Plaintiff file a motion to extend the deadline to make service on Defendant Judge William C. Rumer. (Doc. 52.) On August 26, 2019, the Court granted Plaintiff's motion and extended the deadline to make service until September 3, 2019. (Doc. 56.) To date, there is no indication that Plaintiff has served Defendant Judge Rumer. (*See* Docket.) Pursuant to Federal Rule of Civil Procedure 4(m), as Plaintiff has failed to make service on Defendant Judge Rumer within the specified time and has not shown good cause for his failure, Plaintiff's claims against Defendant Judge Rumer are therefore **DISMISSED without prejudice**.

**SO ORDERED**, this 10th day of October, 2019.

        /s/ Leslie A. Gardner
        **LESLIE A. GARDNER, JUDGE**
        **UNITED STATES DISTRICT COURT**