# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| EMMETT L. WILLIAMS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 4:19-CV-077 (LAG) |
| : | |
| CLAY D LAND, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

On October 10, 2019, the Court issued an Order dismissing Plaintiff's claims against Defendant Judge Rumer for failure to serve under Federal Rule of Civil Procedure 4(m), as the docket entry reflected that summons had been returned "unexecuted." (*See* Doc. 55.) The docket entry was in error as Defendant Judge Rumer was properly served August 22, 2019. Accordingly, the Court's Order (Doc. 66) is **VACATED**. The Clerk of Court is hereby **DIRECTED** is to update the caption and record accordingly. The Clerk of Court is further **DIRECTED** to correct CM/ECF docket entry 55 to reflect that summons were returned "executed" with regards to Defendant Judge Rumer.

**SO ORDERED**, this 10th day of October, 2019.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**